IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION, DR. ADAM CORLEY, TYLER REGIONAL HOSPITAL, LLC, TEXAS RADIOLOGICAL SOCIETY, and HOUSTON RADIOLOGY ASSOCIATED, <br><br>*Plaintiffs*, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, OFFICE OF PERSONNEL MANAGEMENT, DEPARTMENT OF LABOR, DEPARTMENT OF THE TREASURY, CENTER FOR MEDICARE & MEDICAID SERVICES, XAVIER BECERRA *in his official capacity as the Secretary of Health and Human Services*; KIRAN AHUJA *in her official capacity as the Director of the Office of Personnel Management*, JANET YELLEN *in her official capacity as the Secretary of the Treasury*, MARTIN J. WALSH *in his official capacity as the Secretary of Labor*, and CHIQUITA BROOKS-LASURE *in her official capacity as the Administrator of the Center for Medicare & Medicaid Services* <br><br>*Defendants*. | Civil Action No. 6:23-cv-00059 |

**NOTICE OF RELATED CASES**

PLEASE TAKE NOTICE that plaintiffs Texas Medical Association, Dr. Adam Corley, Tyler Regional Hospital, LLC, Texas Radiological Society, and Houston Radiology Associated hereby identify the following related cases pending in the Eastern District of Texas before the Honorable Judge Jeremy D. Kernodle:

> *Texas Medical Association, et al. v. United States Department of Health and Human Services, et al.*, Civil Action No. 6:22-cv-00372-JDK ("*TMA II*")

1

*Texas Medical Association, et al. v. United States Department of Health and Human Services, et al.*, Civil Action No. 6:22-cv-00450-JDK ("*TMA III*").

In addition, Judge Kernodle previously presided over the case *Texas Medical Association, et al. v. United States Department of Health and Human Services, et al.*, Civil Action No. 6:21-cv-00425-JDK ("*TMA I*"). This case, *TMA I*, *TMA II*, and *TMA III* all involve challenges to agency rules implementing the No Surprises Act, and in particular the independent dispute resolution ("IDR") process established in the Act to resolve disputes between healthcare providers and insurers over reimbursement for out-of-network medical services.

This case challenges rules (1) establishing nonrefundable administrative fees that IDR participants must pay and (2) imposing restrictions on the joinder of related claims. The complaint alleges that these rules violate the Administrative Procedure Act ("APA") because, *inter alia*, they were unlawfully issued without notice and comment and arbitrarily make it cost-prohibitive for providers with small-value claims to access the IDR process to obtain reimbursement for their services. The prior suits also involved rules that compromised the fairness of the IDR process, specifically by (1) unlawfully depressing the "qualifying payment amount" (QPA) and shielding insurers' QPA calculations from meaningfully scrutiny by healthcare providers (*TMA III*), while (2) unlawfully elevating the QPA's importance in the IDR process (*TMA I & II*).

Furthermore, two of the rules challenged in this action are from the same package of rules promulgated in September 2021 that included the "rebuttable presumption" in favor of the QPA, which *TMA I* held was issued in violation of the APA's notice-and-comment requirement. This case presents substantially the same legal issues as *TMA I* with regard to the Departments' failure to provide notice and comment before issuing the challenged rules.

Because of the substantial overlap between the statutory and regulatory background, as well as the legal claims, in these cases, judicial efficiency would best be served by assigning this case to Judge Kernodle.

Dated: January 30, 2023

Respectfully submitted,

/s/ *Penny P. Reid*

Penny P. Reid
Texas Bar No. 15402570
preid@sidley.com
Kelsey M. Taylor
Texas Bar No. 24098507
ktaylor@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Ave., Suite 2000
Dallas, Texas 75201
Tel: (214) 981-3413
Fax: (214) 981-3400

Eric D. McArthur (*pro hac vice forthcoming*)
emcarthur@sidley.com
Brenna E. Jenny (*pro hac vice forthcoming*)
bjenny@sidley.com
J. Manuel Valle (*pro hac vice forthcoming*)
manuel.valle@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8018
Fax: (202) 736-8711

Jaime L.M. Jones (*pro hac vice forthcoming*)
jaime.jones@sidley.com
Matthew Guillod (*pro hac vice forthcoming*)
mguillod@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853-0751
Fax: (312) 853-7036

*Counsel for Plaintiffs*