IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | Case No. 6:23-cv-59-JDK |

**ORDER ON SUMMARY JUDGMENT BRIEFING AND SETTING HEARING**

Before the Court is the parties' joint request for expedited briefing on summary judgment in this case. The Court hereby **GRANTS** the motion.

It is therefore **ORDERED** that the briefing schedule for summary judgment in this case is as follows:

| | |
|---|---|
| Plaintiffs' motions for summary judgment | February 13, 2023 |
| *Amicus curiae* briefs supporting plaintiffs | February 20, 2023 |
| Defendants' opposition/cross-motion for summary judgment | March 15, 2023 |
| *Amicus curiae* briefs supporting defendants | March 22, 2023 |
| Plaintiffs' oppositions/replies in support of summary judgment | March 27, 2023 |
| Defendants' reply in support of summary judgment | April 7, 2023 |

Plaintiffs may file a summary judgment motion of up to 30 pages and an opposition/reply brief of up to 20 pages. Defendants may file an opposition/cross-motion for summary judgment of up to 30 pages and a reply brief of up to 20 pages. *Amicus curiae* need not file motions for leave before filing briefs.

1

Further, the Court hereby sets the parties' summary judgment motions for an in-person hearing on **April 19, 2023, at 2:00 p.m.**, at the William M. Steger Federal Building and United States Courthouse, 211 West Ferguson Street, Tyler, TX 75702.

Finally, Defendants' obligation to answer the complaints in these actions is waived.

So **ORDERED** and **SIGNED** this **13th** day of **February, 2023.**

                                          JEREMY D. KERNODLE
                                          UNITED STATES DISTRICT JUDGE