**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Civil Action No. 23-cv-00059-JDK |

**DEFENDANTS' NOTICE OF FILING OF ADMINISTRATIVE RECORD**

The Defendants respectfully submit the attached administrative record in support of the portions of *Requirements Related to Surprise Billing: Part II*, 86 Fed. Reg. 55,980 (Oct. 7, 2021), and the Centers for Medicare and Medicaid Services, Amendment to the Calendar Year 2023 Fee Guidance for the Federal Independent Dispute Resolution Process Under the No Surprises Act: Change in Administrative Fee (Dec. 23, 2022) that are at issue in this case, with the exception of one excel file, which will be submitted separately in excel file format.

Dated: March 15, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director

/s/ Anna Deffebach
ANNA DEFFEBACH
GISELLE BARCIA
Trial Attorneys
D.C. Bar No. 241346
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

Phone: (202) 305-8356
Fax: (202) 616-8470
E-mail: anna.l.deffebach@usdoj.gov

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 15, 2023, I electronically filed the foregoing document through the Court's CM/ECF system which will send notification of such filing to all counsel of record.

<u>/s/ Anna Deffebach</u>
Anna Deffebach

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION, et al., | ) |
| | ) |
| *Plaintiffs*, | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF | ) |
| HEALTH AND HUMAN SERVICES, | ) |
| DEPARTMENT OF LABOR, | ) Civil Action No. 6:23-cv-00059-JDK |
| DEPARTMENT OF THE TREASURY, and | ) |
| the CURRENT HEADS OF THOSE | ) Lead Consolidated Case |
| AGENCIES IN THEIR OFFICIAL | ) |
| CAPACITIES, | ) |
| *Defendants*. | ) |
| | ) |
| | ) |
| | ) |

<u>**CERTIFICATION OF THE ADMINISTRATIVE RECORD**</u>

I, Sheli Harris, Deputy Director, Regulations Development Group, Office of Strategic Operations and Regulatory Affairs, Centers for Medicare & Medicaid Services ("CMS"), United States Department of Health and Human Services ("HHS"), certify that, to the best of my knowledge, the accompanying materials comprise the complete administrative record for the portions of the rules and agency actions that the Plaintiffs challenge in this action, which address the Amendment to the 2023 Administrative Fee Guidance, and the September 2021 Interim Final Rules relating to administrative fees and the batching of claims for resolution in a single Independent Dispute Resolution proceeding. *See Requirements Related to Surprise Billing; Part II*, 86 Fed. Reg. 55,980 (Oct. 7, 2021) (September 2021 Interim Final Rule); Amendment to the Calendar Year 2023 Fee Guidance for the Federal Independent Dispute Resolution Process under the No Surprises Act: Change in Administrative Fee (Dec. 23, 2022).

Executed this 15th day of March 2023, in Washington, DC.

*Sheli Harris*
Sheli Harris, Deputy Director
Regulations Development Group
Office of Strategic Operations and Regulatory Affairs
Centers for Medicare & Medicaid Services
United States Department of Health and Human Services

INDEX TO THE ADMINISTRATIVE RECORD FOR
*Texas Medical Association et. al. v. HHS, No. 6:23-cv-00059-JDK (E.D. Tex.)*

|  | Bates Number |
|---|---|
| Requirements Related to Surprise Billing; Part II, 86 Fed. Reg. 55,980 (Oct. 7, 2021) | 000001 – 000163 |
| Requirements Related to Surprise Billing; Part I, 86 Fed. Reg. 36,872 (July 13, 2021) | 000164 – 000277 |
| H.R. REP. NO. 116-615, pt. I (Dec. 2, 2020). | 000278 – 000428 |
| Examining Surprise Billing: Protecting Patients from Financial Pain: Hearing Before the H. Comm. on Educ. and Labor, Subcomm. on Health, Employment, Labor and Pensions, 116th Cong. (2019). | 000429 – 000635 |
| Schwartz, K., Lopez, E., Rae, M., Neuman, T, What We Know About Provider Consolidation, Kaiser Family Foundation, September 2020. | 000636 – 000650 |
| Richard M. Scheffler and Daniel R. Arnold, Insurer Market Power Lowers Prices in Numerous Concentrated Provider Markets, Health Affairs. 36, no. 9 (2017): 1539-1546 | 000651 – 000658 |
| Glenn Melnick, Yu-Chu Shen and Vivian Wu. ''The Increased Concentration Of Health Plan Markets Can Benefit Consumers Through Lower Hospital Prices.'' Health Affairs 30, no. 9 (2011): 1728-1733 | 000659 – 000666 |
| Uniform Glossary of Health Coverage and Medical Terms | 000667 – 000672 |
| FAQs about Affordable Care Act and Consolidated Appropriations Act, 2021 Implementation Part 49 | 000673 – 000683 |
| Adler, Loren, ''Experience with New York's Arbitration Process for Surprise Out-of-Network Bills.'' U.S.C.-Brookings Schaeffer on Health Policy. (October 2019) | 000684 – 000703 |
| Employee Benefits Security Administration, "Health Insurance Coverage Bulletin" (March 2019) | 000704 – 000761 |
| Marion Mass, ''Surprise Billing Legislation Should Put Independent Dispute Resolution at Its Heart.'' Morning Consult. (March 2020) | 000762 – 000765 |

| | |
|---|---|
| Kaiser Family Foundation. ''Surprise Medical Bills: New Protections for Consumers Take Effect in 2022.'' (2019) | 000766 – 000774 |
| The Commonwealth Fund. ''How States are Using Independent Dispute Resolution to Resolve Out-of-Network Payments in Surprise Billing.'' (February 2020) | 000775 –000778 |
| Congressional Budget Office, Estimate for Divisions O Through FF, H.R. 133, Consolidated Appropriations Act, 2021, Public Law 116–260, Enacted on December 27, 2020 (Jan. 14, 2021) | 000779 – 000786 |
| Chartock, B.L., Adler, L., Ly, B., Duffy, E., & Trish, E. Arbitration over Out-Of-Network Medical Bills: Evidence from New Jersey Payment Disputes: Study Examines Arbitration Decisions to Resolve Payment Disputes Between Issuers and Out-Of-Network Providers in New Jersey. 40 Health Affairs 1 (2021): 130–137 | 000787 – 000794 |
| Fielder, Matthew, Loren Adler, and Benedic Ippolito. ''Recommendations for Implementing the No Surprises Act.'' U.S.C.-Brookings Schaeffer on Health Policy. (March 2021) | 000795 – 000812 |
| Pollitz K., et al., US Statistics on Surprise Medical Billing. JAMA. 2020;323(6):498 | 000813 – 000813 |
| Sarah Kliff, Surprise Medical Bills, the High Cost of Emergency Department Care, and the Effects on Patients, 2019 JAMA INTERN MED. 1457 (2019) | 000814 – 000815 |
| Butler S., Sherriff N. How Poor Communication Exacerbates Health Inequities and What to Do About It. Brookings Institution: Report (February 22, 2021) | 000816 – 000824 |
| Hamel, L., Lopes, L., Munana, C., Artiga, S., Brodie, M. Race, Health, and COVID–19: The Views and Experiences of Black Americans. Kaiser Family Foundation (October 2020) | 000825 – 000860 |
| Shen M.J., Peterson E.B., Costas-Muniz R. et al. The Effects of Race and Racial Concordance on Patient-Physician Communication: A Systematic Review of the Literature. J. Racial and Ethnic Health Disparities 5, 117–140 (2018) | 000861 – 000880 |
| Taylor, J., Racism, Inequality, and Health Care for African Americans. The Century Foundation: Report (December 19, 2019) | 000881 – 000899 |
| Chavis, B., Op-Ed: Big Insurance Must Help End Surprise Medical Billing. blackpressUSA (February 24, 2020) | 000900 – 000916 |

2

Perez-Stable E.J., El-Toukhy S., Communicating with diverse patients: How patient and clinician factors affect disparities. Patient Educ. Couns. (2018)    000917 – 000943

McNally, M., Confronting Disparities in Access to Health Care for Underserved Populations. MedCity News (February 22, 2021)    000944 – 000949

Greaney, Thomas, Surprise Billing: a Window into the U.S. Health Care System,  American Bar Association. (September 2020)    000950 – 000957

Cooper, Z. et al. ''Surprise! Out-of-Network Billing for Emergency Care in the United States.'' National Bureau of Economic Research: Working Paper 23623 (July 2017)    000958 – 001065

Zack Cooper et al., Surprise! Out-of-Network Billing for Emergency Care in the United States, 128 J. POL. ECON. 3626 (2020)    001066 – 001117

Eric C. Sun. et al., Assessment of Out-of-Network Billing for Privately Insured Patients Receiving Care in In- Network Hospitals, 179 JAMA INTERN. MED. 1543 (2019)    001118 – 001125

Centers for Medicare and Medicaid Services. "Emergency Medical Treatment & Labor Act (EMTALA)." (March 2021)    001126 – 001127

Brannon, Ike and David Kemp, The Potential Pitfalls of Combatting Surprise Billing, CATO Institute. (Fall 2019)    001128 – 001135

Polsky, D, Cidav Z., Swanson A. ''Marketplace Plans With Narrow Physician Networks Feature Lower Monthly Premiums Than Plans With Larger Networks.'' Health Affairs, Vo. 35(10) (October 2016)    001136 – 001154

Jane M. Zhu et al., Private Equity Acquisitions of Physician Medical Groups Across Specialties, 2013-2016, 323 JAMA 663 (2020)    001155 – 001157

Konda S, Francis J, Motaparthi K, Grant-Kels JMGroup for Research of Corporatization and Private Equity in Dermatology. "Future Considerations for Clinical Dermatology in the Setting of 21st Century American Policy Reform: Corporatization and the Rise of Private Equity in Dermatology." Journal of the American Academy of Dermatology, 2019;81(1):287–296.e8.    001158 – 001175

Appelbaum E, Batt R. ''Private Equity Buyouts in Healthcare: Who Wins, Who Loses?'' Institute for New Economic Thinking. (March 2020)    001176 – 001290

| | |
|---|---|
| Offodile II, Anaeze C., et al. ''Private Equity Investments in Health Care: An Overview of Hospital and Health System Leveraged Buyouts, 2003–17.'' Health Affairs, Vol. 40(5), (May 2021) | 001291 – 001298 |
| Joseph D. Bruch et al., Changes in Hospital Income, Use, and Quality Associated with Private Equity Acquisition, 180 JAMA INTERN. MED. 1428 (Aug. 24, 2020) | 001299 – 001306 |
| Oliver, Eric. ''What Percent Of Physicians are in a Cash-Only Practice?—9 Stats.'' Becker's ASC Review (2021) | 001307 – 001313 |
| Assistant Secretary for Planning and Evaluation. ''HHS Secretary's Report on: Addressing Surprise Medical Billing.'' Office of Health Policy. (July 2020) | 001314 – 001337 |
| The Commonwealth Fund. "State Balance-Billing Protections." (February 2021) | 001338 – 001339 |
| The Commonwealth Fund. "State Balance-Billing Protections." (November 2020) | 001340 – 001341 |
| New York State Department of Financial Services. "New York's Surprise Out-Of-Network Protection Law Report on the Independent Dispute Resolution Process." (September 2019). | 001342 – 001371 |
| Loren Adler, et al., Understanding the No Surprises Act, USC-Brookings Schaeffer Initiative for Health Policy (February 4, 2021) | 001372 – 001382 |
| Erin  L. Duffy, et al., Policies to Address Surprise Billing Can Affect Health Insurance Premiums, 26 AM. J. MANAGED CARE 401, 401 (2020) | 001383 – 001388 |
| Erin L. Duffy, et al., Prevalence and Characteristics Of Surprise Out-Of-Network Bills From Professionals In Ambulatory Surgery Centers, 39 Health Affairs 783, 785 (2020) | 001389 – 001396 |
| Zack Cooper, et al., Out-of-Network Billing and Negotiated Payments for Hospital-Based Physicians, 39 HEALTH AFFAIRS 24 (Jan. 2020) | 001397 – 001405 |
| Karan R. Chhabra, et al., Out-of-Network Bills for Privately Insured Patients Undergoing Elective Surgery with In-Network Primary Surgeons and Facilities, 323 JAMA 538 (2020) | 001406 – 001415 |
| 2019 New York Report on the IDR Process | 001416 – 001445 |

| | |
|---|---|
| Fielder, Weighting of IDR Factors Under the No Surprises Act, USC-Brookings, June 24, 2021 | 001446 – 001452 |
| Sabrina Corlette and Olivia Hoppe. "New York's 2014 Law to Protect Consumers from Surprise Out-of-Network Bills Mostly Working as Intended: Results of a Case Study." Center on Health Insurance Reforms, Health Policy Institute, Georgetown University. (May 2019) | 001453 – 001464 |
| Maanasa Kona. "New York Comprehensive Balance Billing Protections; PROTECTIONS AVAILABLE." Center on Health Insurance Reforms, Health Policy Institute, Georgetown University. (February 5, 2021) | 001465 – 001468 |
| New York State Department of Financial Services. "Issue Brief: New York's Efforts to Reform Surprise Medical Billing." (February 2019) | 001469 – 001479 |
| Sabrina Corlette, Jack Hoadley, Maanasa Kona, and Madeline O'Brien. "Taking the Disputes out of Dispute Resolution: Lessons from State Balance Billing Laws." Center on Health Insurance Reforms, Health Policy Institute, Georgetown University. (March 2021) | 001480 – 001488 |
| NYCRR Title 23, Ch. I, Pt. 400; Independent Dispute Resolution for Emergency Services and Surprise Bills | 001489 – 001504 |
| N.Y. Comp. Codes R. & Regs. tit. 11 § 410.2; External Appeals Of Adverse Determinations of Health Care Plans - Section 410.2 – Definitions | 001505 – 001506 |
| Washington State OIC Federal No Surprises Act and Washington State Law (including the Balance Billing Protection Act) (March 15, 2021) | 001507 – 001532 |
| Ryan J. Rosso, Noah D. Isserman, and Wen W. Shen. "Surprise Billing in Private Health Insurance: Overview and Federal Policy Considerations." Congressional Research Service. (December 12, 2019) | 001533 – 001579 |
| Texas Department of Insurance. "Balance billing protections; Senate Bill 1264 Biennial Report." (2020) | 001580 – 001608 |
| United States Government Accountability Office; Report to Congressional Committees. "Air Ambulance; Available Data Show Privately-Insured Patients Are at Financial Risk." (March 2019) | 001609 – 001640 |
| Susannah Luthi, Biden faces health industry fight over | 001641 – 001649 |

new 'surprise' billing ban, POLITICO (Apr. 23, 2021 at 6:55pm EDT)

| | |
|---|---|
| State Rate Standards, April 2021 | 001650 – 001651 |
| House Energy and Commerce Subcommittee (June 12 2019) 2019 WL 6493441 | 001652 – 001751 |
| Center on Health Insurance Reforms Enforcement IDR Rulemaking Recommendations April 2021 | 001752 – 001753 |
| Center on Health Insurance Reforms Enforcement Fact Sheet, April 2021 | 001754 – 001756 |
| CBO Score for the Ban Surprise Billing Act, February 11, 2020 | 001757 – 001757 |
| CBO Score for the Ban Surprise Billing Act, February 13, 2020 | 001758 – 001758 |
| Surprise Billing in Private Health Insurance: Overview of Federal Consumer Protections and Payment for Out-of-Network Services, Surprise Billing (July 26, 2021) | 001759 – 001808 |
| Air Ambulance and Patient Billing Advisory Committee's Subcommittee on Prevention of Balance Billing, A Report on Prevention of Balance Billing (January 2021) | 001809 – 001838 |
| Air Ambulance and Patient Billing Advisory Committee's Subcommittee on Prevention of Balance Billing, A Report on Disclosures and Distinction of Charges (January 2021) | 001839 – 001873 |
| Air Ambulance and Patient Billing Advisory Committee's Subcommittee on Prevention of Balance Billing, A Report on State and DOT Consumer Protection Authorities (January 2021) | 001874 – 001892 |
| State of New Jersey Department of Banking and Insurance, The Out-of-Network Consumer Protection, Transparency, Cost Containment, and Accountability Act Data Reporting | 001893 – 001900 |
| Memo from Christina Crider, Acting Deputy Director, Division of All-Payer Models, CMMI | 001901 – 001905 |
| Surprise Medical Billing Coalition of Letters, McCarter & English | 001906 – 002042 |
| Stakeholder Correspondences and Public Comments | 002043 – 002505 |
| 2020 Kaiser/HRET survey of Employer Health Benefits; | 002506 – 002719 |
| Cognitive Walkthrough; | 002720 – 002753 |

https://methods.18f.gov/discover/cognitive-walkthrough/

| | |
|---|---|
| AAP Policy Statement, "Guiding Principles for Managed Care Arrangements for the Health Care of Newborns, Infants, Children, Adolescents, and Young Adults" | 002754 – 002764 |
| Adler, L et al. California Saw Reduction In Out-Of-Network Care From Affected Specialties After 2017 Surprise Billing law. USC-Brookings Schaeffer Initiative for Health Policy, September 26, 2019 | 002765 – 002779 |
| Agency for Healthcare Research and Quality, HCUP Fast Stats – Trends in Emergency Department Visits | 002780 – 002784 |
| Air Ambulance Service - US Department of Transportation https://www.transportation.gov/individuals/aviation-consumer-protection/air-ambulance-service | 002781 – 002784 |
| Air Evac Lifeteam https://lifeteam.net/history-and-mission/ | 002785 – 002789 |
| American Association of Medical Colleges. "Active Physicians by Age and Specialty." Physician Specialty Data Report. (December 2019) | 002790 – 002794 |
| American Hospital Association, Fast Facts on U.S. Hospitals, 2021. https://www.aha.org/statistics/fast-facts-us-hospitals | 002795 – 002798 |
| American Medical Association, Code of Medical Ethics Opinion 2.1.1 | 002799 – 002813 |
| Amin, K et al., How Does Cost Affect Access to Care?. Peterson-KFF Health System Tracker. January 5, 2021 | 002814 – 002828 |
| Association of State and Territorial Health Officials. As Urgent Care Centers Increase, Licensing Authority Falling Under State Health Agencies, (Oct. 11, 2018) | 002829 |
| Biener, A. et al., Emergency Physicians Recover a Higher Share of Charges From Out-Of-Network Care Than From In-Network Care, Health Affairs 40, No, 4 (2021): 622-628 | 002830 – 002837 |
| Board of Governors of the Federal Reserve System, Report on the Economic Well-Being of U.S. Households in 2019 - May 2020 | 002838 – 002842 |
| Erin C. Fuse Brown et al., The Unfinished Business of Air Ambulance Bills, HEALTH AFFAIRS FOREFRONT (Mar. 26, 2021) | 002843 – 002850 |

| | |
|---|---|
| Erin C. Brown et al., Out-of-Network Air Ambulance Bills: Prevalence, Magnitude, and Policy Solutions, 98 MILBANK QUARTERLY 747 (2020) | 002851 – 002879 |
| Butler S, Sherriff N. How poor communication exacerbates health inequities and what to do about it. Brookings Institution: Report (February 22, 2021) | 002880 – 002888 |
| Cecil G. Sheps Center for Health Services Research, UNC. Rural Hospital Closures. https://www.shepscenter.unc.edu/programs-projects/rural-health/rural-hospital-closures/ | 002889 – 002893 |
| Centers for Disease Control, National Ambulatory Medical Care Survey: 2016 National Summary Tables | 002894 – 002936 |
| Chartock, B et al., Consumers' Responses to Surprise Medical Bills in Elective Situations, Health Affairs 38, No.3 (2019): 425-430 | 002937 – 002942 |
| Chavis, B. Op-Ed: Big insurance must help end surprise medical billing. blackpressUSA (February 24, 2020). https://blackpressusa.com/op-ed-big-insurance-must-help-end-surprise-medical-billing/ | 002943 – 002947 |
| Chhabra K.R. et al., Out-of-Network Bills for Privately Insured Patients Undergoing Elective Surgery With In-Network Primary Surgeons and Facilities, 2020;323(6):538–547. doi:10.1001/jama.2019.21463 | 002948 – 002957 |
| Chhabra, H.R., McGuire, K., Scott, J.W., Nuliyalu, U., and Ryan, A. Most Patients Undergoing Ground And Air Ambulance Transportation Receive Sizable Out-Of-Network Bills. Health Affairs 39 | 002958 – 002963 |
| CMS - "Understanding Communication and Language Needs of Medicare Beneficiaries" (2017) https://www.cms.gov/About-CMS/Agency-Information/OMH/Downloads/Issue-Briefs-Understanding-Communication-and-Language-Needs-of-Medicare-Beneficiaries.pdf | 002964 – 003002 |
| CMS Insurance Standards Bulletin Series—INFORMATION—Extension of Limited Non-Enforcement Policy through 2022 (January 19, 2021), available at https://www.cms.gov/files/document/extension-limited-non-enforcement-policy-through-calendar-year-2022.pdf. | 003003 – 003009 |
| CMS, MLR Annual Report for the 2019 MLR Reporting Year. https://www.cms.gov/CCIIO/Resources/Data-Resources/mlr | 003010 – 003013 |

| | |
|---|---|
| CMS. Maryland Total Cost of Care Model<br>https://innovation.cms.gov/innovation-models/md-tccm | 003014 – 003015 |
| CMS. Pennsylvania Rural Health Model, (updated Jan. 1, 2021)<br>https://innovation.cms.gov/innovation-models/pa-rural-health-model | 003016 – 003018 |
| CMS. Rate Review data available at<br>https://www.cms.gov/CCIIO/Resources/Data-Resources/ratereview.html | 003019 – 003022 |
| CMS. Vermont All-Payer ACO Model, (updated Apr. 8, 2020)<br>https://innovation.cms.gov/innovation-models/vermont-all-<br>payer-aco-model | 003023 – 003024 |
| Consumer Union. Up in the Air: Inadequate Regulation for Emergency<br>Air Ambulance Transportation. Health Policy Report, March 2017 | 003025 – 003046 |
| Zack Cooper et al., Out-of-Network Billing and Negotiated Payments<br>for Hospital-Based Physicians, 39 HEALTH AFFAIRS 24 (Jan. 2020) | 003047 – 003055 |
| Cooper, Z. et al., Surprise! Out-Of-Network Billing For Emergency<br>Care in the United States, NBER Working Paper 23623, 2017,<br>available at https://www.nber.org/papers/w23623 | 003056 – 003163 |
| Dartmouth Health Atlas FAQs https://www.dartmouthatlas.org/faq/ | 003164 – 003181 |
| DOL, Benefit Claims Procedure Regulation FAQs, Q A-8<br>https://www.dol.gov/agencies/ebsa/about-ebsa/our-activities/resource-<br>center/faqs/benefit-claims-procedure-regulation | 003182 – 003198 |
| Erin L. Duffy et al., Prevalence and Characteristics of Surprise Out-of-<br>Network Bills from Professionals in Ambulatory Surgery Centers,<br>39 HEALTH AFFAIRS 783 (2020) | 003199 – 003206 |
| Erin L. Duffy et al., Policies to Address Surprise Billing Can Affect<br>Health Insurance Premiums, 26 AM. J. MANAGED CARE 401 (2020) | 003207 – 003212 |
| Emergency Medicine Network, 2018 National Emergency Department<br>Inventory – USA. Available at<br>https://www.emnet-usa.org/research/studies/nedi/nedi2018/ | 003213 – 003214 |
| Employee Benefits Security Administration. "Health Insurance Coverage<br>Bulletin: Abstract of Auxiliary Data for the March 2019 Annual Social<br>and Economic Supplement to the Current Population Survey." (2019) | 003215 – 003272 |

Families USA, Surprise Medical Bills, Results from a National Survey, November 2019 — 003273 – 003300

Federal Aviation Administration, Fact Sheet – FAA Initiatives to Improve Air Ambulance Safety, 2014 — 003301 – 003304

Gallup and West Health, The U.S. Healthcare Cost Crisis. 2019 — 003305 – 003348

GAO (2017) Report to the Committee on Transportation and Infrastructure, House of Representatives. Air Ambulance. Data Collection and Transparency Needed to Enhance DOT Oversight. (GAO-17-637) — 003349 – 003387

GAO (2019) Report to Congressional Committees. Air Ambulance. Available Data Show Privately-Insured Patients Are at Financial Risk (GAO-19-292) — 003388 – 003419

Garmon C. and Chatock B. One In Five Inpatient Emergency Department Cases May Lead to Surprise Bills, Health Affairs 36, No. 1 (2017): 177-181 — 003420 – 003424

Gooch, Kelly. 61% of Patients Confused by Medical Bills, Survey Finds. Becker's Hospital Review (July 14, 2016) — 003425 – 003426

Gostin, LO. Public Health Law, 217-218 (2000) — 003427 – 003428

Greaney, T.L., Surprise Billing: A Window into the U.S. Health Care System, ABA Civil Rights and Social Justice Section, Human Rights Magazine (Sept. 8, 2020) — 003429 – 003433

Group Health Plans and Health Insurance Issuers: Rules Relating to Internal Claims and Appeals and External Review Processes. (76 FR 37208, 37211 fn. 13 (June 24, 2011)) — 003434 – 003461

Guide to Developing a Language Access Plan; https://www.cms.gov/About-CMS/Agency-Information/OMH/Downloads/Language-Access-Plan-508.pdf — 003462 – 003472

Haer, A., Senate Bill 1264: The Texan Template for the National Fight Against Balance Billing. Texas Law Review, 99(4), 813–838 (2021) — 003473 – 003492

Hamel, L., Lopes, L., Muñana, C., Artiga, S., Brodie, M. Race, Health, and COVID-19: The Views and Experiences of Black Americans. Kaiser Family Foundation (October 2020) — 003493 – 003528

Hamel, Liz et al., The Burden of Medical Debt: Results from the Kaiser — 003529 – 003560

| | |
|---|---|
| Family Foundation/New York Times Medical Bills Survey, The Henry J. Kaiser Family Foundation, 2016 | |
| Health Access California. Patients Protected, Providers Paid: Data From Three Years of California's Compromise to Stop Surprise Medical Bills | 003561 – 003564 |
| Health Insurance Literacy Survey 2019: Americans Are Increasingly Confused About Health Care | 003565 – 003573 |
| Heath, Sara, 64% of Patients Avoid Care Due to High Patient Healthcare Costs, Patient Engagement HIT, 2018 | 003574 – 003577 |
| Herman, Bob. Billing Squeeze: Hospitals in Middle as Insurers and Doctors Battle Over Out-of-Network Charges. Modern Healthcare, August 29, 2015 | 003578 – 003583 |
| Hinsdale, J.G. Report of the Council on Medical Services: Air Ambulance Regulations and Payments. American Medical Association. (2018) | 003584 – 003589 |
| House Conf. Rep. No. 104-736, at 205, reprinted in 1996 U.S. Code Cong. & Admin. News 2018 | 003590 – 003938 |
| Improving Patient Safety Systems for Patients with Limited English Proficiency; https://www.ahrq.gov/sites/default/files/publications/files/lepguide.pdf | 003939 – 004013 |
| Kennedy K et al., Surprise Out-of-Network Medical Bills During In-Network Hospital Admissions Varied by State and Medical Specialty, 2016, Health Care Cost Institute, March 28, 2019 | 004014 |
| Sarah Kliff, Surprise Medical Bills, the High Cost of Emergency Department Care, and the Effects on Patients, 2019 JAMA INTERN MED. 1457 (2019) | 004015 – 004016 |
| Literacy and Health Outcomes: A Systematic Review of the Literature; https://pubmed.ncbi.nlm.nih.gov/15610334/ | 004017 – 004028 |
| Loewenstein, G., et al. (2013). Consumers' Misunderstanding of Health Insurance. Journal of Health Economics, 32(5), 850-862 | 004029 – 004041 |
| Lopes, Lunna; Kearney, Audrey; Hamel, Liz; and Brodie, Mollyann. (2020) Data Note: Public Worries About And Experience With Surprise Medical Bills. https://www.kff.org/health-costs/poll-finding/data-note-public-worries-about-and-experience-with-surprise-medical-bills/ | 004042 – 004047 |

| | |
|---|---|
| May 2020 Bureau of Labor Statistics, Occupational Employment Statistics, National Occupational Employment and Wage Estimates, available at https://www.bls.gov/oes/current/oes_nat.htm | 004048 – 004071 |
| McNally, M. Confronting disparities in access to healthcare for underserved populations. MedCity News (February 22, 2021) | 004072 – 004076 |
| Medicare Payment Advisory Commission, Report to the Congress: Medicare and the Health Care Delivery System, ch. 8, Stand-alone Emergency Departments, June 2017 | 004077 – 004096 |
| Metropolitan statistical areas (MSAs) Definition - https://www.census.gov/programs-surveys/metro-micro/about.html | 004097 – 004098 |
| Missouri Department of Insurance, Financial Institutions & Professional Registration. Policy Brief: Health Coverage for Air Ambulance Transportation. January 2019 | 004099 – 004112 |
| More than Half of America Households Used the Internet for Health-Related Activities in 2019, NTIA Data Show; National Telecommunications and Information Agency | 004113 – 004117 |
| Moriarty, A., Definitive Healthcare, How Many Ambulatory Surgery Centers are in the US?. Blog. April 10, 2019. Available at: https://blog.definitivehc.com/how-many-ascs-are-in-the-us#:~:text=Currently%2C%20there%20are%20more%20than,Healthcare's%20platform%20on%20surgery%20centers | 004118 – 004120 |
| Nevada Department of Health and Human Services' Office of Consumer Health Assistance. "Payment for Medically Necessary Emergency Services Provided Out-of-Network 2020 Annual Report." (2020) | 004121 – 004178 |
| New York State Department of Financial Services. New York's Surprise Out-of-Network Protection Law: Report on the Independent Dispute Resolution Process. September 2019 | 004179 – 004208 |
| North Carolina Rural Health Research Program. Rural Health Snapshot (2017). May 2017. https://www.shepscenter.unc.edu/wp-content/uploads/dlm_uploads/2017/05/Snapshot2017.pdf | 004209 – 004210 |
| Olaisen, R., et al., "Assessing the Longitudinal Impact of Physician-Patient Relationship on Functional Health." The 18 Annals of Family Medicine 5 (2020) | 004211 – 004218 |
| OMB Bulletin No. 20-01. "Revised Delineations of Metropolitan Statistical Areas, Micropolitan Statistical Areas, and Combined Statistical | 004219 – 004446 |

12

Areas, and Guidance on Uses of the Delineations of These Areas"
(Mar. 6, 2020)

Pérez-Stable E.J., El-Toukhy S., Communicating with Diverse Patients:      004447
How Patient and Clinician Factors Affect Disparities. Patient Educ Couns.
2018;101(12):2186-2194. doi:10.1016/j.pec.2018.08.021

Pollitz K., et al., An Examination of Surprise Medical Bills and Proposals   004468 – 004486
to Protect Consumers from Them, Peterson-KFF Health System Tracker,
February 10, 2020

Pollitz K., et al., US Statistics on Surprise Medical Billing. JAMA.          004487
2020;323(6):498. doi:10.1001/jama.2020.0065

Pollitz, K et al., Surprise Bills Vary by Diagnosis and Type of              004488 – 004493
Admission, Peterson-KFF Health System tracker, December 9, 2019

Public Use Microdata Areas (PUMAs) Overview;                                 004494 – 004495
https://www.census.gov/programs-surveys/geography/guidance/geo-
areas/pumas.html

Quinn, S.C., et al. Improving Informed Consent with Minority                 004496 – 004514
Participants: Results from Researcher and Community Surveys, Journal
of Empirical Research on Human Research Ethics, 7(5): 44-55 (Dec. 2012)

Self-funded Group Health Plans Participating in the Balance Billing          004515 – 004518
Protection Act - Office of the Insurance Commissioner, Washington State;
https://www.insurance.wa.gov/self-funded-group-health-plans

Shen M.J., Peterson E.B., Costas-Muñiz R. et al. The Effects of Race and    004519 – 004556
Racial Concordance on Patient-Physician Communication: A Systematic
Review of the Literature. J. Racial and Ethnic Health Disparities 5,
117–140 (2018). https://doi.org/10.1007/s40615-017-0350-4

Song, Z. et al., JAMA, Out-of-Network Laboratory Test Spending,              004557 – 004564
Utilization, and Prices in the US, JAMA. 2021;325(16):1674–1676.
doi:10.1001/jama.2021.0720

State Corporation Commission of Virginia - Balance Billing;                  004565 – 004566
https://scc.virginia.gov/balancebilling

State of New Jersey Department of Banking and Insurance. The Out-of-         004567 – 004574
network Consumer Protection, Transparency, Cost Containment, and
Accountability Act (P.L. 2018, c. 32) Data Reporting. January 31, 2021

Eric C. Sun et al., Assessment of Out-of-Network Billing for                 004575 – 004582

Privately Insured Patients Receiving Care in In-Network Hospitals,
179 JAMA INTERN. MED. 1543 (2019)

Taylor, J. Racism, inequality, and health care for African Americans.          004583 – 004596
The Century Foundation: Report (December 19, 2019)

Technical Release 2010-01. https://www.dol.gov/sites/dolgov/files/             004597 – 004604
EBSA/employers-and-advisers/guidance/technical-releases/10-01.pdf

The Commonwealth Fund, State Balance-billing Protections.                      004605 – 004606
https://www.commonwealthfund.org/sites/default/files/2021-
03/Hoadley_state_balance_billing_protections_table_02052021.pdf

The Importance of Addressing Language Barriers in the US Health                004607 – 004611
System; https://dukepersonalizedhealth.org/2018/07/the-importance-of-
addressing-language-barriers-in-the-us-health-system/

Trish E. et al., Policies to Address Surprise Billing Can Effect Health        004612 – 004617
Insurance Premiums, Am J Manag Care. 2020;26(9):401-404.
https://doi.org/10.37765/ajmc.2020.88491

U.S. Census Bureau, Delineation Files, available at https://www.              004618 – 004619
census.gov/geographies/reference-files/time-series/demo/metro-
micro/delineation-files.html

U.S. Department of Commerce Economics and Statistics Administration,  004620 – 004621
U.S. Census Bureau, available at https://www2.census.gov/geo/pdfs/maps-
data/maps/reference/us_regdiv.pdf

Wingerter, Megan. $64K Air Ambulance Tab Shows Limits of Surprise            004622 – 004623
Billing Law. Claims Journal. January 4, 2021

May 26, 2021 Stakeholder Listening Session Agents and Brokers Notes          004624 – 004627

May 26, 2021 Stakeholder Listening Session Ancillary Providers Notes         004628 – 004631

April 7, 2021 Stakeholder Listening Session with Issuers Plans and           004632 – 004641
Trade Associations Notes

April 9, 2021 Stakeholder Listening Session with Consumer Groups and         004642 – 004658
Researchers Notes

April 12, 2021 Stakeholder Listening Session with Employers and              004659 – 004662
Unions Notes

April 14, 2021 Stakeholder Listening Session with Providers Notes            004663 – 004666

| | |
|---|---|
| April 20, 2021 Stakeholder Listening Session with Independent Arbiters Notes | 004667 – 004670 |
| April 28, 2021 Stakeholder Listening Session with PBMs Notes | 004671 – 004673 |
| April 29, 2021 Stakeholder Listening Session with Air Ambulance Providers Notes | 004674 – 004678 |
| March 2021 State Questions about No Surprises Act | 004679 – 004681 |
| April 6, 2021 Email State Responses to Federal Questions about No Surprises Act | 004682 |
| April 2021 State Responses to Federal Questions about No Surprises Act | 004683 – 004744 |
| Loren Adler, et al., Understanding the No Surprises Act, USC-Brookings Schaeffer Initiative for Health Policy (February 4, 2021) | 004745 – 004755 |
| Loren Adler, et al., State Approaches to Mitigating Surprise Out-of-Network Billing, Brookings Schaeffer Initiative for Health Policy (February 19, 2019) | 004756 – 004763 |
| Loren Adler, et al., High  Air Ambulance Charges Concentrated in Private Equity-Owned Carriers, USC-Brookings Schaeffer on Health Policy (Oct. 13, 2020) | 004764 – 004788 |
| Fiedler, Matthew, Capping Prices or Creating a  Public Option: How Would They Change What We Pay for Health Care, Brookings Schaeffer Initiative for Health Policy (November 19, 2020) | 004789 – 004799 |
| Biden Faces Health Industry Fight Over New 'Surprise' Billing Ban, POLITICO, April 23, 2021 | 004800 – 004808 |
| House Energy and Commerce Subcommittee (June 12 2019) 2019 WL 6493441 | 004809 – 004908 |
| Congressional Budget Office, Estimate for Divisions O Through FF, H.R. 133, Consolidated Appropriations Act, 2021, Public Law 116–260, Enacted on December 27, 2020. | 004909 – 004916 |
| March 11, 2021 Letter from the National Association of Insurance Commissioners | 004917 – 004918 |
| Stakeholder Correspondences | 004919 – 006187 |

| | |
|---|---|
| IFR 2 Public Comments | 006188 -- 008283 |
| Additional Public Comments | 008284 -- 008667 |
| Frequently Asked Question Regarding the Federal Independent Dispute Resolution Process (February 2022). | 008668 – 008678 |
| Chart for Determining the Applicability for the Federal Independent Dispute Resolution (IDR) Process (March 2022). | 008679 – 008680 |
| Employee Benefits Security Administration, "Memorandum Regarding Continuing Surprise Billing Protections for Consumers" (February 28, 2022). | 00861 |
| Frequently Asked Questions Part 55 (August 19, 2022). | 008682 – 008709 |
| Federal Independent Dispute Resolution Process Status Update (August 19, 2022). | 008710 – 008711 |
| Technical Assistance for Certified Independent Dispute Resolution Entities (August 2022). | 008712 – 000732 |
| Calendar Year 2022 Federal IDR Process Fee Guidance (September 30, 2021). | 008733 – 008738 |
| Federal Independent Dispute Resolution (IDR) Process Guidance for Certified IDR Entities (April 2022). | 008739 – 008782 |
| Federal Independent Dispute Resolution (IDR) Process Guidance for Disputing Parties (April 2022). | 008783 – 008822 |
| Centers for Medicare and Medicaid Services. "Medical Loss Ratio Data and System Resources." (2020). https://www.cms.gov/CCIIO/Resources/Data-Resources/mlr. | 008823 – 008891 |
| Center for Medicare and Medicaid Services. "List of Certified Independent Dispute Resolution Entities." https://www.cms.gov/nosurprises/ help-resolve-payment-disputes/certified-IDRE-list. | 008892 – 008894 |
| Employee Benefits Security Administration, "Group Health Plans Report." (July 2021). | 008895 – 008943 |
| Employee Benefits Security Administration. "Health Insurance Coverage Bulletin." (March 2020). | 008944 – 009001 |

16

IBIS World. Definitive Healthcare. "Diagnostic & Medical
Laboratories  Industry in the US—Market Research Report?"
(May 2021).
https://www.ibisworld.com/industry-statistics/number-of-businesses/
diagnostic-medical-laboratories-united-states/.                          009002 – 009059

ASPE Office of Health Policy. "Air Ambulance Use and
Surprise Billing." (September 2021).                                      009060 – 009073

PRA Notices & Supporting Documents                                       009074 – 009633

Jack Hoadley and Kevin Lucia, "Are Surprise Billing Payments
Likely to Lead to Inflation in Health Spending?,"
To the Point (blog), Commonwealth Fund, Apr. 26, 2021.
https://doi.org/10.26099/dnyz-da65                                        009634 – 009638

Center on Health Insurance Reforms. The No Surprises Act and
Preemption of State Balance Billing Protections.                         009639 – 009641

Chapter 284-43A Washington Administrative Code; INDEPENDENT
 REVIEW ORGANIZATIONS (IROs)                                             009642

Washington State OIC Balance Billing Protection Act Arbitration
Initiation Request Form                                                  009643 – 009644

Washington State OIC ARBITRATOR DECISION
REPORTING FORM                                                           009645 – 009646

NAIC: HEALTH BENEFIT PLAN NETWORK ACCESS AND                             009647 – 009678
ADEQUACY MODEL ACT (4th Quarter 2015)

Texas Department of Insurance. "Balance billing protections; Senate
 Bill 1264 biennial report." (2020)                                      009679 – 0097

Texas Insurance Code TITLE 8. HEALTH INSURANCE AND
OTHER HEALTH COVERAGES SUBTITLE F. PHYSICIANS AND
HEALTH CARE PROVIDERS CHAPTER 1467.
OUT-OF-NETWORK CLAIM DISPUTE RESOLUTION                                  009708 – 009726

VIRGINIA ARBITRATOR DECISION REPORTING FORM                             009727 – 009728

Virginia Notice of Intent to Arbitrate Form                             009729 – 009731

Balance Billing for Out-of-Network Services (Virginia)                  009732

| | |
|---|---|
| PROVIDER AND INSURER APPLICATION NEW YORK STATE INDEPENDENT DISPUTE RESOLUTION FOR EMERGENCY SERVICES AND SURPRISE BILLS | 009733 – 009734<br><br>009733 – 009734 |
| Medicare Program; Changes to the Hospital Inpatient Prospective Payment Systems and Fiscal Year 2009 Rates; Payments for Graduate Medical Education in Certain Emergency Situations; Changes to Disclosure of Physician Ownership in Hospitals and Physician Self-Referral Rules; Updates to the Long-Term Care Prospective Payment System; Updates to Certain IPPS-Excluded Hospitals; and Collection of Information Regarding Financial Relationships Between Hospitals; Final Rule, 73 FR 48654-48668 (Aug. 19, 2008) | 009735 – 009749 |
| Requirements Related to Surprise Billing, Final Rule, 87 Fed. Reg. 52,618 (August 26, 2022) | 009750 – 009787 |
| Federal Independent Dispute Resolution (IDR) Process Guidance for Disputing Parties (October 2022) | 009788 – 009825 |
| Federal Independent Dispute Resolution (IDR) Process Guidance for Certified IDR Entities (October 2022) | 009826 – 009868 |
| Calendar Year 2023 Fee Guidance for the Federal Independent Dispute Resolution Process Under the No Surprises Act (October 31, 2022) | 009869 – 009877 |
| Notice of the Federal Independent Dispute Resolution (IDR) Team Technical Assistance to Certified Independent Dispute Resolution Entities (IDREs) in the Dispute Eligibility Determination Process (November 21, 2022) | 009878 |
| NSA Admin Fee Collections Breakdown 11/30/22 V2 (December 9, 2022) | 009879 – 009881 |
| Admin Fee Spend Plan Cash Flow (December 15, 2022) | 009882 – 009884 |
| Updated Admin Fee Spend Plan Cash Flow (December 19, 2022) | 009885 – 009887 |
| Amendment to the Calendar Year 2023 Fee Guidance for the Federal Independent Dispute Resolution Process under the No Surprises Act: Change in Administrative Fee (December 23, 2022) | 009888 – 009894 |

| | |
|---|---|
| Initial Report on the Independent Dispute Resolution (IDR) Process April 15 – September 30, 2022 (December 23, 2022) | 009895 – 009926 |
| IDRE Feedback on Moving up Admin Fee Collections from IP (September 29, 2022) | 009927 – 009929 |
| CMS/IDRE Small Group Meeting (Bi-Weekly) (September 29, 2022) | 009930 – 009933 |
| IDRE/CMS Small Group Call (Fees Discussion) (December 2, 2022) | 009934 – 009936 |