IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**DATE: April 19, 2023**

| DISTRICT JUDGE<br>Jeremy D. Kernodle | COURT REPORTER: Shea Sloan<br>COURTROOM DEPUTY: Suzanne Wimberley |
|---|---|
| Texas Medical Association, et al<br><br>v.<br><br>United States Department of Health and Human Services, et al | 6:23-cv-59 |

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Eric D. McArthur | Anna L. Deffebach |
| Madeleine Joseph | |
| Brenna E. Jenny | |

On this day, came the parties by their attorneys and the following proceedings were held in Tyler, TX:

| TIME: | MINUTES: Hearing on Joint Motion to Expedite [16] |
|---|---|
| 2:01 pm | Court calls the case; appearances noted. |
| 2:01 pm | Plaintiff's attorney (McArthur) makes remarks; begins arguments. |
| 2:30 pm | Defendant's attorney (Deffebach) makes remarks; begins arguments. |
| 2:55 pm | McArthur responds; continues arguments. |
| 3:00 pm | Deffebach responds to McArthur's arguments. |
| 3:15 pm | Motion taken under advisement. Court adjourns. |

DAVID O'TOOLE, CLERK

BY:    Suzanne Wimberley
Courtroom Deputy Clerk