IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

|  |  |  |
|---|---|---|
| TEXAS MEDICAL ASSOCIATION, et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:23-cv-59-JDK |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | § § § § § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

Pursuant to the Court's Memorandum Opinion and Order granting-in-part Plaintiffs' Motion for Summary Judgment and denying Defendants' Cross-Motion for Summary Judgment (Docket No. 50), and for the reasons stated therein, the Court hereby enters Final Judgment in favor of Plaintiffs Texas Medical Association; Tyler Regional Hospital, LLC; Dr. Adam Corley; Houston Radiology Associated; and Texas Radiological Society, and against Defendants United States Department of Health and Human Services, United States Department of Labor, United States Department of the Treasury, United States Office of Personnel Management, Centers for Medicare and Medicaid Services, and current heads of those agencies in their official capacities, Xavier Becerra, Janet Yellen, Martin J. Walsh, Kiran Ahuja, and Chiquita Brooks-LaSure as follows:

The Court **ORDERS** that the following are **VACATED**:

(1) The December 2022 Fee Guidance's $350 administrative fee;

(2) 45 C.F.R. § 149.510(c)(3)(i)(C);

(3) 26 C.F.R. § 54.9816-8T(c)(3)(i)(C); and

(4) 29 C.F.R. § 2590.716-8(c)(3)(i)(C).

All relief not expressly granted herein is **DENIED**. Any pending motions are **DENIED** as **MOOT**. The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **3rd** day of **August, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE